**Shaun FRANCIS, Appellant**

v.

**STATE GOVERNMENT OF HAWAII, et al., Appellees.**

**No. 08–5441.**

United States Court of Appeals, District of Columbia Circuit.

March 24, 2009.

Shaun Francis, Washington, DC, pro se.

BEFORE: SENTELLE, Chief Judge, and GINSBURG and ROGERS, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's orders filed August 27, 2008, and September 24, 2008, be affirmed. The district court did not abuse its discretion by dismissing appellant's case without prejudice on the ground that the complaint did not meet the requirements of Federal Rule of Civil Procedure 8(a). See *Ciralsky v. CIA*, 355 F.3d 661, 668–71 (D.C.Cir. 2004). The dismissal without prejudice allows appellant to file a new complaint that meets the requirements of Rule 8(a). See *id.* at 669–70.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The

Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.